UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-00194-DOC0JDEx | Date | March 31, 2023 |
|---|---|---|---|
| Title | TEN-X, LLC v. Toledo Inns., Inc. et al | | |

Present: The Honorable   DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE

   The Court, having been advised that this action has been resolved by a Stipulation of Dismissal [30], hereby orders this action dismissed with prejudice. The Court hereby orders all pending motions terminated as moot and proceedings in the case vacated and taken off calendar.

                                                                        -     :    -

                                                Initials of Deputy Clerk   kdu